IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHELLE RONAT, et al.**, | ) |
| | ) |
| Plaintiffs, | ) Civil No. **05-520-GPM** |
| | ) |
| V. | ) CJRA TRACK: **D** |
| | ) |
| **MARTHA STEWART LIVING** | ) PRESUMPTIVE TRIAL MONTH: |
| **OMNIMEDIA, INC., et al.**, | ) **December, 2007** |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is parties agreed motion to continue the trial setting in this case. **(Doc. 37).** Having reviewed the Second Joint Report of Parties and Proposed Scheduling and Discovery Order, and after consultation with Chief Judge Murphy, the parties' motion **(Doc. 37)** is **GRANTED**; the new presumptive trial setting is **December, 2007**.

The Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties.

**IT IS SO ORDERED.**

**DATED: October 10, 2006**

                                                                s/ Clifford J. Proud
                                                          **CLIFFORD J. PROUD**
                                                          **UNITED STATES MAGISTRATE JUDGE**