IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHELLE RONAT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **05-520-GPM** |
| ) | |
| **MARTHA STEWART LIVING** ) | |
| **OMNIMEDIA, INC., et al.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are motions by attorneys Craig C. Martin and Elizabeth L. Fine, counsel for defendants Martha Stewart Living Omnimedia, Inc., and Kmart Corporation, seeking leave to withdraw as counsel of record.  **(Docs. 64 and 65).**

**IT IS HEREBY ORDERED** that the subject motions **(Docs. 64 and 65)** are **GRANTED**.  The Clerk of Court shall have the record reflect that attorneys Craig C. Martin and Elizabeth L. Fine have been granted leave to withdraw as counsel of record for defendants Martha Stewart Living Omnimedia, Inc., and Kmart Corporation.

**IT IS SO ORDERED.**

DATED: March 12, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**