IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHELLE RONAT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **05-520-GPM** |
| ) | |
| **MARTHA STEWART LIVING** ) | |
| **OMNIMEDIA, INC., et al.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

In connection with the plaintiffs' motion to compel defendants Martha Stewart Living Omnimedia, Inc. ("MSLO"), and Kmart Corporation ("Kmart") to produce un-redacted versions of all documents already produced **(Doc. 73),** file un-redacted versions of the documents depicted at Doc. 73, Exhibits N, O and P, ex parte for in camera inspection by the Court. **(Doc. 91).** Defendants timely complied with that order and the sample of un-redacted documents has been examined by the Court.

Plaintiffs have taken issue with the redactions MSLO and Kmart made to documents they have turned over during discovery. MSLO and Kmart assert that the redactions relate to tables not at issue in the amended complaint, or to issues about the Victoria, Great Lakes and Galveston model patio tables unrelated to the glass top problem(s).

The redactions made to Exhibit N are all proper.

With respect to Exhibit O, a few minor omission were made; all but one represent mere restatements of a tally that was revealed in the same document.

1

| | |
|---|---|
| **Page 9 of 19 (as numbered in the CM-ECF system)** | **Line(s): 40, 41** |
| **Page 10 of 19 (as numbered in the CM-ECF system)** | **Line(s): 43** |
| **Page 11 of 19 (as numbered in the CM-ECF system)** | **Line(s): 40, 41** |
| **Page 12 of 19 (as numbered in the CM-ECF system)** | **Line(s): 40, 41** |
| **Page 18 of 19 (as numbered in the CM-ECF system)** | **Line(s): 12** |

**(Doc. 73, Exhibit O).**

All redactions in Exhibit P appear proper.

**IT IS THEREFORE ORDERED** that, for the aforestated reason, on or before **April 12, 2007**, defendants Martha Stewart Living Omnimedia, Inc., and Kmart Corporation, shall produce copies of those pages in Exhibit O which are highlighted above so as to include the lines that were mistakenly omitted.

**IT IS FURTHER ORDERED** that the Clerk of Court shall return the un-redacted documents to defendants.

**IT IS SO ORDERED.**

DATED: April 2, 2007                          s/ Clifford J. Proud
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**